*951 534 U. S. 838;
535 U. S. 987;
535 U. S. 1034;
535 U. S. 1034;
535 U. S. 1034;
535 U. S. 990;
535 U. S. 1035;
534 U. S. 1089;
535 U. S. 959;
535 U. S. 960;
535 U. S. 994;
535 U. S. 997;
*952 No. 01-8293.
No. 01-8372.
No. 01-8421.
No. 01-8955.
No. 01-8968.
No. 01-9392.
535 U. S. 998;
535 U. S. 925;
535 U. S. 1019;
535 U. S. 1041;
535 U. S. 1064; and
535 U. S. 1043. Petitions for rehearing denied.